**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JONATHAN K. TAGATAC,<br><br>Defendant - Appellant. | No. 10-10074<br><br>D.C. No. 1:09-cr-00403-DAE-1<br><br>ORDER |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submission Deferred October 4, 2010
Resubmitted June 20, 2011[*]
San Francisco, California

Before: BEEZER, KLEINFELD, and GRABER, Circuit Judges.

The United States' Motion to Dismiss Appeal as Moot is GRANTED.

DISMISSED.

---

[*]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).